Laura M. Carey, appellee, v. National University of Music, Inc., appellant. Gen. No. 31,226.

Forcible detainer. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Alfar M. Eberhardt, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1926. Affirmed. Opinion filed February 1, 1927. Rehearing denied February 14, 1927.

Wendell E. Green, for appellant. Hopkins, Starr & Hopkins, for appellee.

Mr. Presiding Justice Gridley delivered the opinion of the court.

---

Caravetta, Sheehan Company, Inc., plaintiff in error, v. Santo Garofalo and Joseph R. Garofalo, trading as Garofalo Brothers, defendants in error. Gen. No. 31,237.

Suit for goods sold and delivered. Writ of error by plaintiff from judgment for him after allowing defendant's set-off. Error to the Municipal Court of Chicago; the Hon. Asa G. Adams, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1926. Reversed and judgment here in favor of plaintiff for $145. Opinion filed February 1, 1927.

Culver, Andrews & King, for plaintiff in error; James B. McKeon, of counsel. Vito B. Cuttone and James H. Mahoney, for defendants in error; Robert B. Ardell, of counsel.

Mr. Presiding Justice Gridley delivered the opinion of the court.

---

The People of the State of Illinois, defendant in error, v. Roy Gorney, plaintiff in error. Gen. No. 31,115.

Prosecution for nonsupport of wife. Conviction and sentence. Error to the Municipal Court of Chicago; the Hon. Herbert G. Immenhausen, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1926. Reversed and remanded. Opinion filed February 1, 1927.

Frank T. McDermott and Frank A. Ramsey, for plaintiff in error. Robert E. Crowe, State's Attorney, Edward E. Wilson and Clarence E. Nelson, Assistant State's Attorneys, for defendant in error.

Mr. Justice Barnes delivered the opinion of the court.